**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JORGE EDUARDO OLAGUE LUNA,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02218-DB** |
| | § | |
| **MARY DE ANDA-YBARRA**, *Field Office Director, El Paso Field Office, Immigration and Customs Enforcement, in his official capacity, et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On September 16, 2026, Respondents filed a "Status Report Regarding Remaining Matters," ECF No. 10, informing the Court the parties conferred and agree there are no matters remaining to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **23rd** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**